### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  March 4, 2015                               Deputy Clerk: Bernique Abiakam
                                                   Court Reporter: Tracy Weir

Civil Action No.: 14-cv-02145-JLK

SHAUN HUFFMAN, HENRY PEREZ,
WILLIAM HARDING, IV, and
EVERETT BENNETT,                                   Joshua J. Sanford

      Plaintiffs,

v.

AMERICAN PROCESS PIPING, INC., Individually
and d/b/a AMERICAN PROCESS PIPING;
PAMELA GRAVES, Individually and d/b/a
AMERICAN PROCESS PIPING; and
CHARLES SMITH, Individually and d/b/a
AMERICAN PROCESS PIPING,

      Defendants.

### COURTROOM MINUTES

**Evidentiary Hearing**

**11:05 a.m.     Court in session.**

Court calls case.  Appearance of Plaintiffs counsel.  No appearance for Defendants.

Preliminary remarks by the Court.

Plaintiff/witnesses, Shaun Huffman, William Harding, IV, and Everett Bennett, sworn.

11:08 a.m.     Plaintiff witness, Shaun Huffman, called to the stand.
               Direct examination by Mr. Sanford.

**Plaintiffs Exhibit No. 1 offered and admitted.**

11:11 a.m.     Continued direct examination by Mr. Sanford.

**Plaintiffs Exhibit Nos 2, 3, and 4 offered.**

*14-cv-02145-JLK*
*Evidentiary Hearing*
*March 4, 2015*

| | |
|---|---|
| 11:29 a.m. | Witness excused. |
| 11:30 a.m. | Plaintiff witness, Everett Bennett, called to the stand. Direct examination by Mr. Sanford. |

**Plaintiffs Exhibit Nos. 5,6, 7 and 8 offered.**

| | |
|---|---|
| 11:36 a.m. | Questions by the Court. |
| 11:37 a.m. | Witness excused. |
| 11:38 a.m. | Witness, William Walter Harding, IV, called to the stand. Direct examination by Mr. Sanford. |
| 11:51 a.m. | Questions by the Court. |

Witness excused.

Declaration of Plaintiff witness Henry Perez, offered and received by the Court.

**Plaintiffs Exhibits 1 thru 8 are RECEIVED.**

| | |
|---|---|
| 11:53 a.m. | Final argument by Mr. Sanford. |
| 11:56 a.m. | Findings and ruling by the Court. |

**ORDERED:** **Motion For Default Judgment (Filed 11/11/14; Doc. No. 20) is GRANTED, as specified.**

**ORDERED:** **Based on the evidence demonstrated, the Plaintiffs are entitled to liquidated damages for the three years prior to filing the original complaint.**

**ORDERED:** **Plaintiffs are entitled to their attorney's fees. The recorded hours of attorney's fees should be submitted with evidence from someone other than the attorney as to the reasonable hourly rates that are charged in the plaintiffs' case. The Court will enter its order after review.**

**ORDERED:** **Counsel for Plaintiffs shall submit his affidavit and prepare the ORDER and JUDGMENT.**

**12:01 p.m.   Court in recess.**
Hearing concluded.
Time in court - 56 minutes.