IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-2145-JLK

**SHAUN HUFFMAN,**
**HENRY PEREZ,**
**WILLIAM HARDING, IV, and**
**EVERETT BENNETT,**

      Plaintiffs,

v.

**AMERICAN PROCESS PIPING, INC., individually and d/b/a AMERICAN PROCESS PIPING;**
**PAMELA GRAVES, individually and d/b/a AMERICAN PROCESS PIPING; and**
**CHARLES SMITH, individually and d/b/a AMERICAN PROCESS PIPING,**

      Defendants.

## ORDER ON MOTION FOR ATTORNEY'S FEES

Having considered Plaintiffs' Motion for Attorney's Fees (Doc. 31) and the declarations and documentation in support thereof, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.  Pursuant to 29 U.S.C. § 216(b), Plaintiffs are hereby awarded $51,860.00 in attorney fees.

Dated:  May 7, 2015                                            **s/ John L. Kane**
                                                                          Senior U.S. District Judge